112 EAST 36TH STREET HOLDING CORP., Appellant, *v.* JEANNE M. DAFFOS, Respondent.

Argued October 12, 1948; decided December 2, 1948.

*Hyman Grill* and *Henry A. Panoff* for appellant.
*Maurice R. Whitebook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.